425 A.2d 22

Commonwealth v. Dickinson, Appellant.

Submitted March 23, 1979. William R. Bernhart, for appellant; J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Judgment of sentence affirmed.